IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

EDWARD CLIFTON CHARLES,
  Defendant.

CRIMINAL FILE NO.
1:09-CR-386-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 14]. The Defendant was not in custody at the time he made the statement on the jetway claiming his bag. His later statements were made after he voluntarily waived his Miranda rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 14] is DENIED.

SO ORDERED, this 12 day of March, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge